ELECTRONICALLY FILED
Apr 10 2019
U.S. DISTRICT COURT
Northern District of WV

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

HYMAN, et al.,

        Plaintiffs,

v.          CASE NO. 1:19-cv-75

CITY OF SALEM,

        Defendant.
_____/

**MOTION FOR PRELIMINARY INJUNCTION
AND/OR TEMPORARY RESTRAINING ORDER
AND ATTACHED MEMORANDUM OF LAW IN SUPPORT**

Plaintiffs pursuant to Federal Rules of Civil Procedure 65(a) and (b) move the Court to enter a preliminary injunction and/or temporary restraining order that prohibits Defendant from removing Plaintiffs' initiative, *see* Exhibit 1 attached to Verified Complaint, from the City of Salem's June 4, 2019 election ballot and requires that Defendant restore Plaintiffs' initiative to that ballot. Plaintiffs certify that counsel for the City of Salem has been contacted and provided copies of the Complaint (together will Exhibits), this Motion, and Plaintiffs' Proposed Order. Plaintiffs have requested of counsel for Defendant that Defendant waive of service of process under Federal Rule of Civil Procedure 4.

        Respectfully submitted,

        */s/ Lonnie C. Simmons*
        Lonnie C. Simmons
        West Virginia Bar No. 3406
        DiPiero Simmons McGinley & Bastress, PLLC
        P.O. Box 1631
        Charleston, WV  25326-1631
        Phone:  304-342-0133
        Fax:  304-342-4605
        Email:  Lonnie.Simmons@dbdlawfirm.com

        Mark R. Brown
        Ohio Registration No. 81941
        303 East Broad Street
        Columbus, OH 43215
        Phone: (614) 236-6590
        Fax: (614) 236-6956
        Email: mbrown@law.capital.edu
        *Pro hac vice pending*

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that copies of the Complaint, this Motion, the accompanying Memorandum in Support, and the attached Proposed Order, were filed using the Court's electronic filing system; I further certify that I e-mailed copies of each to Sam Harrold, Esq., at sam@mountainstatelaw.com, attorney for Defendant on this day, April 10, 2019.

        */s/ Lonnie C. Simmons*
        Lonnie C. Simmons