ELECTRONICALLY FILED
Apr 10 2019
U.S. DISTRICT COURT
Northern District of WV

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

HYMAN, et al.,

                Plaintiffs,

v.                                                           CASE NO. 1:19-cv-75

CITY OF SALEM,

                Defendant.

_____/

## ORDER

This matter having come before the Court pursuant to Federal Rule of Civil Procedure 65, and both parties having been notified and having been provided the opportunity to be heard, the Court finds that Defendant's removal of Plaintiffs' initiative from the City of Salem's June 4, 2019 general election ballot is likely unconstitutional under the First and Fourteenth Amendments to the United States Constitution and hereby directs Defendant to immediately restore Plaintiffs' initiative to the City of Salem June 4, 2019 general election ballot for submission to qualified voters.

_____
Judge, United States District Court
for the Northern District of West Virginia