IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

WILLIAM HYMAN, CHAD THOMPSON,
and MARISSA RINEHART,

          Plaintiffs,

v.                                           CASE NO. 1:19-cv-75
                                              (KLEEH)

CITY OF SALEM, WEST VIRGINIA,

          Defendant.

<u>ORDER</u>

The Court held a status conference in this matter on August 26, 2019 [Dkt. No. 23], during which the parties discussed Plaintiffs' petition for attorney's fees and costs.  It is **ORDERED** that Plaintiffs' petition for attorney's fees and costs be filed by September 16, 2019.  Any response must be filed by September 30, 2019, with any reply in support thereof filed by October 7, 2019.  It is further **ORDERED** that the parties conduct mediation on the issue of Plaintiffs' attorney's fees and costs before **November 21, 2019**.  The parties may apply to the Court for a volunteer mediator or hire a private mediator.  Within ten (10) days of the conclusion of mediation, the mediator shall file with the Clerk's Office a *Report of Mediator* form.  This form can be found on the Court's website at www.wvnd.uscourts.gov under the "Forms" link.

This form shall be filed with the Clerk's Office at the Clarksburg, West Virginia point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** August 29, 2019

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE